USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/27/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANTE CASTELLI,

    Plaintiff,

-against-

MAGNACHIP SEMICONDUCTOR CORPORATION, CAMILLO MARTINO, YOUNG-JOON KIM, KYO-HWA CHUNG, MELVIN L. KEATING, ILBOK LEE, GARY TANNER, and NADER TAVAKOLI,

    Defendants.

21 Civ. 3769 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to consolidate the following actions: 21 Civ. 3587; 21 Civ. 3743; 21 Civ. 3769; 21 Civ. 3801; 21 Civ. 3927; and 21 Civ. 3860. By **June 9, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel. Opposition to any such application shall be filed by **June 16, 2021**.

    SO ORDERED.

Dated: May 27, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge